Robert W. Shely, (No. 014261)
Shayna Fernandez Watts, (No. 027342)
Daniel P. Crane, (No. 030623)
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
rwshely@bryancave.com
shayna.watts@bryancave.com
dan.crane@bryancave.com

Attorneys for Bank of America, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAXTON B. JEVNICK and DAWN D. JEVNICK, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national banking corporation; JOHN DOES and JANE DOES I-X; WHITE PARTNERSHIPS I-X; BLACK CORPORATIONS I-X; and RED LIMITED LIABILITY COMPANIES I-X,<br><br>Defendants. | No. _____<br><br>**NOTICE OF REMOVAL** |

Defendant Bank of America, N.A. ("Defendant") removes to this Court an action pending in the Arizona Superior Court (No. CV2016-050176) pursuant to 28 U.S.C. § 1331 for the reasons set out below.

1. On July 14, 2015, Plaintiffs Paxton B. Jevnick and Dawn D. Jevnick ("Plaintiffs") filed an action in the Superior Court of the State of Arizona, Maricopa County, entitled *Jevnick v. Bank of America, N.A.*, Case No. CV2016-050176.

2. Plaintiffs served Defendant on January 25, 2016.

3. Removal of this action is proper under 28 U.S.C. § 1331 because Plaintiffs have alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, federal laws.

4. A true and correct copy of the documents filed in the Superior Court of the State of Arizona, Maricopa County, are attached hereto as Exhibit A.

5. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

6. Defendant is the only non-fictitious defendant.

7. Defendant has served a copy of this Notice of Removal on Plaintiffs in accordance with 28 U.S.C. § 1446(d).

8. A copy of the Notice of Removal to Federal Court has been filed with the Superior Court Clerk of Maricopa County in accordance with 28 U.S.C. § 1446(d), and is attached hereto as Exhibit B.

This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in accordance with 28 U.S.C. § 1446(a).

DATED this 22nd day of February, 2016.

BRYAN CAVE LLP

By: s/ *Daniel P. Crane*
    Robert W. Shely
    Shayna Fernandez Watts
    Daniel P. Crane
    Two North Central Avenue, Suite 2200
    Phoenix, Arizona 85004-4406

    Attorneys for Bank of America, N.A.

796709\0395005

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

Randy Nussbaum
Scott R. Weiner
NUSSBAUM GILLIS & DINNER, P.C.
14850 N. Scottsdale Road, Suite 450
Scottsdale, AZ  85254

s/*Cristina Daniels*

796709\0395005