**NUSSBAUM GILLIS & DINNER, P.C.**
14850 N. SCOTTSDALE ROAD, SUITE 450
SCOTTSDALE, AZ 85254
TELEPHONE (480) 609-0011

Randy Nussbaum, #6417
rnussbaum@ngdlaw.com
Scott R. Weiner, #29352
sweiner@ngdlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paxton B. Jevnick and Dawn D. Jevnick,<br><br>  Plaintiffs,<br><br>v.<br><br>Bank of America, N.A., a national banking corporation; et al.,<br><br>  Defendant. | Case No. CV-16-00469-PHX-NVW<br><br>**NOTICE OF SETTLEMENT**<br><br>(Honorable Neil V. Wake) |

Plaintiffs Paxton B. Jevnick and Dawn D. Jevnick, by and through counsel undersigned, hereby give notice that the parties have reached a settlement in this matter. The parties request that all deadlines in this matter be continued for 60 days to allow the parties to finalize and document the terms of settlement. The parties will file paperwork to request dismissal of this matter following execution of a settlement agreement within the next 60 days.

DATED this 28th day of April 2016.

                                            **NUSSBAUM GILLIS & DINNER, P.C.**

                                            By /s/ Scott R. Weiner
                                               Randy Nussbaum
                                               Scott R. Weiner
                                               Attorneys for Plaintiffs

1348085/16683-2

1 **COPY** of the foregoing mailed this 28th day of April 2016, to:

Bryan Cave, LLP
Robert W. Shely
Shayna Fernandez Watts
Daniel P. Crane
Two North Central Ave., #2200
Phoenix, AZ  85004-4406
rwshely@bryancave.com
shayna.wats@bryancave.com
dan.crane@bryancave.com


Samanta Rivera

2

1348085/16683-2