IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paxton B. Jevnick and Dawn D. Jevnick,<br><br>                           Plaintiffs,<br><br>v.<br><br>Bank of America, N.A., a national banking corporation; John Does and Jane Does I-X; White Partnerships I-X; Black Corporations I-X; and Red Limited Liability Companies I-X,<br><br>                           Defendants. | No. CV-16-00469-PHX-NVW<br><br>**ORDER** |

The Court, having considered the parties' Stipulation for Dismissal of Bank of America, N.A., with Prejudice (Doc. 14) , and good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 14).

IT IS FURTHER ORDERED dismissing Plaintiffs' Complaint in its entirety, with prejudice, each side to bear its own attorneys' fees and costs.

Dated this 6th day of July, 2016.

                                   Neil V. Wake
                        Senior United States District
                                        Judge